Lauren Tegan Rodkey, Esq. (SBN: 275830)
**Price Law Group, APC**
6345 Balboa Blvd, Suite 247
Encino, CA 91316
T: (818) 600-5526
F: (818) 600-5426
E: tegan@pricelawgroup.com

Youssef H. Hammoud, Esq. (SBN: 321934)
**Price Law Group, APC**
6345 Balboa Blvd, Suite 247
Encino, CA 91316
T: (818) 600-5596
F: (818) 600-5496
E: youssef@pricelawgroup.com

Attorneys for Plaintiff,
*James Zilli*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES ZILLI,<br><br>          Plaintiff,<br><br>v.<br><br>KIA MOTORS AMERICA, INC.; and HYUNDAI CAPITAL AMERICA, d/b/a KIA MOTORS FINANCE<br><br>          Defendant(s). | **Case No. 8:19-cv-00331-DOC-JDE**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**PLEASE TAKE NOTICE** that Plaintiff, James Zilli, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses the action against Defendant, Kia Motors America, Inc. without prejudice.

- 1 -
NOTICE OF VOLUNTARY DISMISSAL

The Defendant filed neither an answer to the complaint nor a motion for summary judgment; dismissal under Rule 41(a)(1) is therefore appropriate.

Respectfully submitted this 12th day of March 2019.

**PRICE LAW GROUP, APC**

By: /s/ *Youssef H. Hammoud*
Youssef H. Hammoud, Esq. (SBN: 321934)
**Price Law Group, APC**
6345 Balboa Blvd, Suite 247
Encino, CA 91316
T: (818) 600-5596
F: (818) 600-5496
E: youssef@pricelawgroup.com
Attorneys for Plaintiff,
*James Zilli*

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

*/s/* Laura Franklin