Youssef H. Hammoud (SBN: 321934)
L. Tegan Rodkey (SBN: 275830)
**PRICE LAW GROUP, APC**
6345 Balboa Blvd., Suite 247
Encino, CA 91316
T: (818) 600-5596
F: (818) 600-5496
E : youssef@pricelawgroup.com
E : tegan@pricelawgroup.com
*Attorneys for Plaintiff,*
*James Zilli*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ZILLI,<br><br>      Plaintiff,<br><br>v.<br><br>KIA MOTORS AMERICA, INC.; AND HYUNDAI CAPITAL AMERICA, d/b/a KIA MOTORS FINANCE<br><br>      Defendants. | Case No. 8:19-cv-00331-DOC-JDE<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT HYUNDAI CAPITAL AMERICA, d/b/a KIA MOTORS FINANCE** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff James Zilli and Defendant Hyundai Capital America, d/b/a Kia Motors Finance ("Hyundai"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Hyundai. The parties have further stipulated that each party shall bear their own attorneys' fees, costs, and expenses.

//

//

- 1 -

RESPECTFULLY SUBMITTED,

Dated: March 11, 2020

By: */s/ Youssef H. Hammoud*
Youssef H. Hammoud (SBN: 321934)
Price Law Group, APC
6345 Balboa Blvd, Suite 247
Encino, CA 91316
T: (818) 600-5596
F: (818) 600-5496
E: youssef@pricelawgroup.com
*Attorneys for Plaintiff,*
*James Zilli*

Dated: March 11, 2020

By: */s/ Zachary C. Frampton*
Zachary C. Frampton (SBN: 268022)
Reed Smith, LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
T: (213) 457-8131
E: zframpton@reedsmith.com
*Attorneys for Defendant,*
*Hyundai Capital America*

## SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4(a)(2), I hereby certify that all other signatories listed, on whose behalf this filing is submitted, concur with the contents of this filing and have authorized the filing.

DATED: March 11, 2020

**PRICE LAW GROUP, APC**

By: */s/ Youssef H. Hammoud*
Youssef H. Hammoud
*Attorneys for Plaintiff,*
*James Zilli*

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

PRICE LAW GROUP, APC

*/s/ Lia Ruggeri*