# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ZILLI,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KIA MOTORS AMERICA, INC.; AND HYUNDAI CAPITAL AMERICA, d/b/a KIA MOTORS FINANCE<br><br>　　　　Defendants. | Case No. 8:19-cv-00331-DOC-JDE<br><br>**ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT HYUNDAI CAPITAL AMERICA** |

　　Upon review of the Parties' Stipulation of Dismissal with Prejudice of Defendant Hyundai Capital America, d/b/a Kia Motors Finance, and good cause appearing,

　　**IT IS ORDERED** that the Stipulation is **GRANTED**.

　　The above-entitled matter is hereby dismissed with prejudice, as to Hyundai Capital America, d/b/a Kia Motors Finance, with the parties to bear their own attorneys' fees, costs, and expenses.

**IT IS ORDERED**.

DATED:_____March 16_____, 2020.    By: _____
                                                             Hon. David O. Carter
                                                             United States District Judge